UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| DARBY TENNAL,<br><br>    Plaintiff,<br><br>    v.<br><br>SPOKANE COUNTY SHERIFF,<br><br>    Defendant. | NO. CV-04-248-RHW<br><br>**ORDER OF DISMISSAL** |

A Complaint in the above-entitled action was filed July 16, 2004 (Ct. Rec. 1). The Return of Service was filed on July 23, 2004 (Ct. Rec. 2). On June 9, 2005, the Court issued an order to show cause why the action should not be dismissed for failure to prosecute (Ct. Rec. 3). No response has been filed.

Accordingly, **IT IS HEREBY ORDERED:**

1. The case is **DISMISSED WITHOUT PREJUDICE** pursuant to Fed. R. Civ. P. 4(m).

**IT IS SO ORDERED.** The District Court Executive is hereby directed to enter this order and to furnish copies to Plaintiff and Defendant.

**DATED** this 27th day of June, 2005.


                              s/ ROBERT H. WHALEY
                              United States District Judge

Q:\CIVIL\2004\Tennal.showcause.ord.wpd

**ORDER OF DISMISSAL** * 1